The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALLSTATE INSURANCE COMPANY,

                    Plaintiff,

   v.

TOWNE OR COUNTRY REAL ESTATE, INC., a Washington corporation; JED W. WHITLEY and DEBORAH K. WHITLEY, husband and wife, and the marital community composed thereof; and TI FOLTZ, individually and on behalf of the marital community,

                    Defendants.

No. 2:17-cv-01256-JCC

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Allstate Insurance Company, by and through its counsel of record, pursuant to FRCP 41(a)(1)(A)(i), hereby voluntarily DISMISSES THIS CAUSE WITHOUT PREJUDICE and without an award of costs or attorney's fees to any party.  None of the defendants have yet appeared, filed an Answer or Motion for Summary Judgment.

       DATED this 17th day of November, 2017.

KELLER ROHRBACK L.L.P.

By *s/ Irene M. Hecht*
    Irene M. Hecht, WSBA #11063
    Attorneys for Plaintiff Allstate Insurance Company

NOTICE OF DISMISSAL WITHOUT PREJUDICE
(2:17-cv-01256-JCC) - 1